ACCEPTED
14-14-00862-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
4/2/2015 4:28:50 PM
CHRISTOPHER PRINE
CLERK

## No. 14-14-00862-CR

In the
### Court of Appeals
For the
### Fourteenth District of Texas
At Houston

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

4/2/2015 4:28:50 PM

CHRISTOPHER A. PRINE
Clerk

————————◆————————

### No. 876249-F
In the 185th District Court
Harris County, Texas

————————◆————————

### WOODROW MILLER
*Appellant*

v.

### THE STATE OF TEXAS
*Appellee*

————————◆————————

STATE'S MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE APPELLATE BRIEF

————————◆————————

**TO THE HONORABLE COURT OF APPEALS OF TEXAS:**

COMES NOW THE STATE OF TEXAS, in accordance with Rules 10.5(b)(1) and 38.6(d) of the Texas Rules of Appellate Procedure, and files this motion for extension of time in which to file the State's brief in this case, and, in support thereof, presents the following:

1. In the 185th District Court of Harris County, Texas, in cause number 876249-F, the trial court denied relief to the Appellant on October 9, 2014, in **Ex parte Woodrow Miller.**

2. A written notice of appeal was timely filed on October 15, 2014.

3. Appellant's brief was filed with this Court on January 9, 2015.

4. The State's brief was due to be filed with this Court on February 9, 2015.

5. An extension of time in which to file the State's brief is requested until April 6, 2015.

6. No previous extensions have been granted to the State.

7. The facts relied upon to explain the need for this extension are:

The State's brief in this case is being prepared by the Chief of the Appellate Division. He has numerous other duties in that position. Therefore, additional time has been necessary in order to prepare the State's brief.

WHEREFORE, the State prays that this Court will grant an extension of time until April 6, 2015, in which to file the State's brief in these cases.

Respectfully submitted,

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been mailed to the appellant at the following addresses on April 2, 2015:

Woodrow Miller
12929 Main Street
Houston, Texas  77035-56-3

/s/ *Alan Curry*

**ALAN CURRY**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002
(713) 755-5826
TBC No. 05263700
curry_alan@dao.hctx.net

Date:  April 2, 2015